■ Elizabeth A. Carmack, Respondent, v Robert F. Woolworth, Appellant.—Order, Supreme Court, New York County, entered January 14,

1975, denying defendant's motion to dismiss the complaint on all proffered grounds except the claim of lack of personal jurisdiction (which issue was referred to a Special Referee to hear and report), unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. On the record before us, Special Term was justified in refusing to dismiss the complaint on the ground of *forum non conveniens;* or for failure to join the now adult son of the parties in the action *(Schneider v Schneider,* 17 NY2d 123; *Forman v Forman,* 17 NY2d 274.) Concur—Markewich, J. P., Kupferman, Murphy, Lupiano and Nunez, JJ.